# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>SALAS, ESTHER | 2. Court or Organization<br><br>US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | 3. Date of Report<br><br>05/07/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>MARTIN LUTHER KING, JR., FEDERAL BUILDING AND U.S. COURTHOUSE<br>50 WALNUT ST.<br>NEWARK NJ 07102 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | SHAREHOLDER, ANDERL & OAKLEY PC, ATTORNEY - SALARY |
| 2. | 2014 | SHAREHOLDER, ANDERL & OAKLEY PC, ATTORNEY - S CORP (LOSS) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SALAS, ESTHER** | 05/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | ANDERL & OAKLEY PC | | None | M | V | | | | | |
| 2. | ANDERL & OAKLEY PC (SIMPLE) IRA #1 | E | Dividend | N | T | | | | | |
| 3. | -OPPENHEIMER EQUITY FUND CL A | | | | | Buy (add'l) | 10/01/14 | J | | |
| 4. | -OPPENHEIMER EQUITY FUND CL B | | | | | Redeemed (part) | 10/01/14 | J | | |
| 5. | -OPPENHEIMER EQUITY FUND CL A | | | | | Buy (add'l) | 12/01/14 | J | | |
| 6. | -OPPENHEIMER EQUITY FUND CL B | | | | | Redeemed (part) | 12/01/14 | J | | |
| 7. | -OPPENHEIMER MAIN STREET CL A FUND CL A | | | | | Buy (add'l) | 01/02/14 | J | | |
| 8. | -OPPENHEIMER MAIN STREET CL B FUND CL B | | | | | Redeemed (part) | 01/02/14 | J | | |
| 9. | -OPPENHEIMER MAIN STREET CL A FUND CL A | | | | | Buy (add'l) | 04/01/14 | J | | |
| 10. | -OPPENHEIMER MAIN STREET CL B FUND CL B | | | | | Redeemed (part) | 04/01/14 | J | | |
| 11. | -OPPENHEIMER MAIN STREET CL A FUND CL A | | | | | Buy (add'l) | 06/02/14 | J | | |
| 12. | -OPPENHEIMER MAIN STREET FUND CL B | | | | | Redeemed (part) | 06/02/14 | J | | |
| 13. | -OPPENHEIMER MAIN STREET FUND CL A | | | | | Buy (add'l) | 09/02/14 | J | | |
| 14. | -OPPENHEIMER MAIN STREET FUND CL B | | | | | Redeemed (part) | 09/02/14 | J | | |
| 15. | -OPPENHEIMER MAIN STREET FUND CL A | | | | | Buy (add'l) | 10/01/14 | J | | |
| 16. | -OPPENHEIMER MAIN STREET FUND CL B | | | | | Redeemed (part) | 10/01/14 | J | | |
| 17. | -OPPENHEIMER MAIN STREET FUND CL A | | | | | Buy (add'l) | 12/01/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -OPPENHEIMER MAIN STREET FUND CL B | | | | | Redeemed (part) | 12/01/14 | J | | |
| 19. -OPPENHEIMER MAIN STREET FUND CL A | | | | | Buy (add'l) | 12/03/14 | J | | |
| 20. -OPPENHEIMER MAIN STREET FUND CL B | | | | | Redeemed (part) | 12/03/14 | J | | |
| 21. AMERICAN FUNDS-EUROPAC GROWTH A | A | Dividend | J | T | | | | | |
| 22. AMERICAN FUNDS-GROWTH FUND OF AMERICA A | A | Dividend | J | T | | | | | |
| 23. AMERICAN FUNDS-SMALLCAP WORLD A | A | Dividend | J | T | | | | | |
| 24. AMERICAN FUNDS-FUNDAMENTAL INV A | A | Dividend | J | T | | | | | |
| 25. AMERICAN FUNDS-CAP WORLD G&I A | A | Dividend | J | T | | | | | |
| 26. AMERICAN FUNDS-AMER BALANCED FD A | A | Dividend | J | T | | | | | |
| 27. PNC BANK (CHECKING) | A | Interest | J | T | | | | | |
| 28. PNC BANK (SAVINGS) | A | Interest | J | T | | | | | |
| 29. PNC BANK (CHECKING) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART III-B. NON-INVESTMENT INCOME
   ITEM 2. ANDERAL & OAKLEY PC-NO INCOME IS REPORTABLE FOR 2014 AS THE CORPORATION REPORTED A NET LOSS FOR THE YEAR.


PART VII. INVESTMENTS AND TRUSTS
   ITEM 1. ANDERL & OAKLEY PC - VALUE OF SPOUSE'S 50% INTEREST IN HIS LEGAL PRACTICE IS ESTIMATED TO BE 50% OF THE 2014 TOTAL REVENUES EARNED BY THE CORPORATION.

| Name of Person Reporting | Date of Report |
| --- | --- |
| SALAS, ESTHER | 05/07/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ESTHER SALAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544